OSCN Found Document:IN RE: Rules of the Supreme Court for Mandatory Continuing Legal Education

 

 
 IN RE: Rules of the Supreme Court for Mandatory Continuing Legal Education
2025 OK 92
Case Number: SCBD-8012
Decided: 12/15/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 92, __ P.3d __

 

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

IN RE: Rules of the Supreme Court for Mandatory Continuing Legal Education [Rule 7, Regulations 3.8 and 4.1.8]

ORDER

This matter comes on before this Court upon an Application to Amend Rule 7, Regulations 3.8 and 4.1.8 of the Rules of the Supreme Court for Mandatory Continuing Legal Education (hereafter "Rules"), 5 O.S. ch. 1, app. 1-B as proposed and set out in "Exhibit A" attached hereto.

The Court finds that it has jurisdiction over this matter and the Rules are hereby amended as set out in Exhibit A attached hereto, effective January 1, 2026.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 15TH day of DECEMBER, 2025.

/s/__________________________________
CHIEF JUSTICE

ALL JUSTICES CONCUR.

 

 

Exhibit A

PROPOSED AMENDMENTS TO THE RULES OF THE SUPREME COURT OF OKLAHOMA FOR MANDATORY CONTINUING LEGAL EDUCATION

Rule 7, Regulation 3.8.

Credit may also be earned for writing a scholarly article that is published in the Oklahoma Bar Journal. The MCLE Commission will award 6 credits per article, per contributor. Such credit will be reported each year by the Chairperson for the Board of Editors for the Oklahoma Bar Journal.

Rule 7, Regulation 4.1.8

Approval may be given for programs where audiovisual recorded or reproduced material is used. Video programs shall qualify for CLE credit in the same manner as a live CLE program provided:

a. The original CLE program was approved for CLE credit as provided in these regulations or the video program was approved by the Commission under these rules, and

b. each person attending the video program is provided written material as required in Regulation 4.1.6 and

c. each program is conducted in a location as required in Regulation 4.1.7.

 

 

Exhibit A

PROPOSED AMENDMENTS TO THE RULES OF THE SUPREME COURT OF OKLAHOMA FOR MANDATORY CONTINUING LEGAL EDUCATION

Rule 7, Regulation 3.8. 

Credit may also be earned for writing a scholarly article that is published in the Oklahoma Bar Journal. The MCLE Commission will award 6 credits per contributor for each article. Such credit will be reported each year by the Chairperson for the Board of Editors for the Oklahoma Bar Journal.

Rule 7, Regulation 4.1.8

Approval may be given for programs where audiovisual recorded or reproduced material is used. Video programs shall qualify for CLE credit in the same manner as a live CLE program provided:

a. The original CLE program was approved for CLE credit as provided in these regulations or the video program was approved by the Commission under these rules, and

b. each person attending the video program is provided written material as required in Regulation 4.1.6 and

c. each program is conducted in a location as required in Regulation 4.1.7, and

d. there are a minimum of five (5) persons enrolled and in attendance at the presentation of the video program unless viewed at the Oklahoma Bar Center or sponsored by a county bar association in Oklahoma.